■ SPEC, INC., Respondent, v SEQUA CORPORATION, Appellant. [833 NYS2d 421]—Appeal from order, Supreme Court, New York County (Herman Cahn, J.), entered February 23, 2006, unanimously withdrawn in accordance with the terms of the settlement and release agreement of the parties hereto. No opinion. Order filed. Concur—Tom, J.P., Mazzarelli, Williams, Buckley and McGuire, JJ.